**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Harvey Oliver LAYNE, a.k.a. Tandin,**
**Defendant–Appellant.**

**No. 05–17128**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 3, 2007.

J. Rafael Rodriguez, Rodriguez & Fernandez PA, Miami, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before ANDERSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

J. Rafael Rodriguez, appointed counsel for Harvey Oliver Layne in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Layne's conviction and sentence are **AFFIRMED**.